IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OMAR TORRES,

    Petitioner,

      v.

TOM GRAMIAK,

    Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-3593-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing this action. For the reasons set forth in the thorough and well-reasoned Report and Recommendation of the Magistrate Judge, the Petitioner's claims of ineffective assistance of counsel are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 26 day of June, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge